UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BYRON BATES,<br><br>        Plaintiff,<br><br>        v.<br><br>KING COUNTY, *et al.*,<br><br>        Defendants. | CASE NO.  C05-1348RSM<br><br>ORDER DENYING MOTION TO CONTINUE |

       This matter comes before the Court on plaintiff's motion for relief from deadlines and to continue the trial date. (Dkt. #55). Plaintiff initially sought an extension of the trial date, which had been set for June 11, 2007, by several months. Defendants objected to that extension. Since plaintiff filed his motion, the Court has informed the parties that the trial date will be moved due to a conflict with another trial in this Court scheduled to take place on the same date. Although the Court offered the parties a new trial date as early as August 27, 2007, the parties have agreed on a new date of October 22, 2007. Plaintiff now asks that all pending motions be held in abeyance until a new case schedule can be filed. Having considered plaintiff's motion, defendants' response, and the remainder of the record, the Court hereby ORDERS:

       (1) Plaintiff's motion to hold all pending motions in abeyance (Dkt. #55) is DENIED. Although it has become necessary to change the start date of this trial, that change comes

ORDER
PAGE - 1

1  independently from any request made by plaintiff.  The Court has not granted, nor does it intend

2  at this time to grant, plaintiff permission to extend any other deadlines, including discovery

3  deadlines.  The Court is fully prepared to rule on the pending motions, including the pending

4  motion for summary judgment and motions in limine.  Further, it is this Court's normal practice

5  not to reopen any deadlines that have already passed simply because the start date of a trial must

6  change due to a conflict with the Court's trial calendar.

7      (2)  The Clerk shall forward a copy of this Order to all counsel of record.

8  DATED this 24th day of May, 2007.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2