UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BYRON BATES,<br><br>          Plaintiff,<br><br>     v.<br><br>KING COUNTY, *et al.*,<br><br>          Defendants. | CASE NO.  C05-1348RSM<br><br>ORDER STRIKING PLAINTIFF'S MOTIONS IN LIMINE AS UNTIMELY |

   This matter comes before the Court on plaintiff's Motions In Limine. (Dkt. #62), and defendants' related motion to strike. (Dkt. #63). Having reviewed plaintiff's motion, defendants' opposition, defendants' motion to strike, and the remainder of the record, the Court hereby ORDERS:

   (1)  Defendants' Motion to Strike (Dkt. #63) is STRICKEN as improper. Local Rule CR 7(g) specifically states that such a motion "shall not be presented in a separate motion to strike, but shall instead be included in the response brief, and will be considered with the underlying motion."

   (2)  The Court *sua sponte* STRIKES plaintiff's Motions In Limine (Dkt. #62) as untimely. This Court's Scheduling Order set forth the deadline for filing motions in limine as May 11, 2007. (*See* Dkt. #14). Plaintiff did not file his motions in limine until May 15, 2007, nor did he

ORDER
PAGE – 1

1  request leave for an extension of time to file those motions. Accordingly, the Court will not

2  consider plaintiff's motions in limine. However, nothing in this Order prevents plaintiff from

3  objecting to the introduction of any evidence, if appropriate, during trial.

4      (3) The Clerk is directed to send a copy of this Order to all counsel of record.

5  DATED this 28th day of June, 2007.

                                                        RICARDO S. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 2