UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BYRON BATES,

    Plaintiff,

v.

KING COUNTY, *et al.*,

    Defendants.

CASE NO. C05-1348RSM

ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE

This matter comes before the Court on defendants' Motions In Limine. (Dkt. #60). Plaintiff opposes those motions, arguing in conclusory fashion that all of the disputed evidence is relevant and probative of the issues in this action. (Dkt. #65). Having reviewed the motions, plaintiff's opposition, and the remainder of the record, the Court hereby ORDERS:

(1) Defendants' Motions In Limine (Dkt. #60) are GRANTED. Plaintiff fails to set forth any specific legal or factual bases for denying defendants' motions in his opposition. Instead, he asserts in conclusory fashion that the disputed evidence is relevant and probative of the issues in this case. Simply asserting that evidence is relevant does not make it so. Further, plaintiff maintains that an evaluation of the disputed evidence will become easier once he has completed discovery. However, plaintiff ignores the fact that discovery has closed, and this Court has denied plaintiff's repeated requests to reopen discovery. Thus, plaintiff will have no further

ORDER
PAGE – 1

1  opportunities to depose potential witnesses or make additional discovery requests, nor will

2  defendants.  Accordingly, the Court finds no valid reason to deny defendants' motions in limine.

3      (2)  Plaintiff is hereby directed to advise his witnesses of the rulings contained in the

4  instant Order, and of their obligation to follow these rulings.

5      (3)  The Clerk is directed to send a copy of this Order to all counsel of record.

6  DATED this 28th day of June, 2007.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 2